#### 27328. WELCH v. THE STATE.

MacIntyre, J. Although the testimony of witnesses for the State contained seeming or actual contradictions, yet the jury having nevertheless believed the witnesses, and their testimony being sufficient, if true, to authorize a conviction, there was no abuse of discretion in denying a new trial. *Davis* v. *State,* 94 *Ga.* 399 (19 S. E. 243); *Clements* v. *State,* 159 *Ga.* 425 (125 S. E. 800); *Laseter* v. *State,* 52 *Ga. App.* 261 (2) (183 S. E. 76). *Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 19, 1939.

*W. Paul Thomas,* for plaintiff in error.
*John A. Boykin,* solicitor-general, *J. W. LeCraw, Quincy O. Arnold,* contra.